UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANNY JOHNSON,

      Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC., *et al.*

      Defendants.

_____/

Case No. 25-12735

F. Kay Behm
United States District Judge

Anthony P. Patti
United States Magistrate
Judge

**OPINION AND ORDER ACCEPTING AND ADOPTING
THE MAGISTRATE JUDGE'S MARCH 31, 2026
REPORT AND RECOMMENDATION (ECF No. 19)**

Currently before the court is Magistrate Judge Anthony P. Patti's March 31, 2026 Report and Recommendation. (ECF No. 19). Magistrate Judge Patti recommends dismissing Plaintiff's claims against Equifax Information Services and Trans Union with prejudice for failure to comply with the court's October 24, 2025 and February 26, 2026 orders (ECF Nos. 14, 18) and/or pursuant to Fed. R. Civ. P. 41(b) and E.D. Mich. LR 41.2 for failure to prosecute and, accordingly, deem moot these Defendants' pending motion to dismiss (ECF No. 12). The court is fully advised in the premises and has reviewed the record and the pleadings. Neither party has filed objections. "[T]he failure to

object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 2012 WL 3639070 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)).  The court nevertheless agrees with the Magistrate Judge's recommended disposition.  Therefore, the court **ACCEPTS** and **ADOPTS** the Magistrate Judge's Report and Recommendation (ECF No. 19), **DISMISSES** the complaint against Defendants Equifax Information Services, LLC and TransUnion, LLC with prejudice, and **DEEMS MOOT** the pending Motion to Dismiss (ECF No. 12).

**SO ORDERED**.

Date: May 7, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge

2