UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANNY JOHNSON,

       Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC., *et al.*

       Defendants.

_____/

Case No. 25-12735

F. Kay Behm
United States District Judge

Anthony P. Patti
United States Magistrate
Judge

**OPINION AND ORDER ACCEPTING AND ADOPTING**
**THE MAGISTRATE JUDGE'S MAY 6, 2026**
**<u>REPORT AND RECOMMENDATION (ECF No. 21)</u>**

Currently before the court is Magistrate Judge Anthony P. Patti's May 6, 2026 Report and Recommendation.  (ECF No. 21).  Magistrate Judge Patti recommends dismissing Plaintiff's claims against Experian Information Solutions for failure to serve in compliance with Fed. R. Civ. P. 4(m) and for failure to comply with the court's April 6, 2026 order (ECF No. 20) and/or pursuant to Fed. R. Civ. P. 41(b) and E.D. Mich. LR 41.2 for failure to prosecute.  *Id.*  The court is fully advised in the premises and has reviewed the record and the pleadings.  Neither party has filed objections.  "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to

independently review the matter." *Hall v. Rawal*, 2012 WL 3639070 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)).  The court nevertheless agrees with the Magistrate Judge's recommended disposition.  Therefore, the court **ACCEPTS** and **ADOPTS** the Magistrate Judge's Report and Recommendation (ECF No. 21) and **DISMISSES** the complaint against Defendant Experian, without prejudice.  This is a final order and closes the case.

      **SO ORDERED**.

Date: June 11, 2026                            s/F. Kay Behm
                                             F. Kay Behm
                                             United States District Judge