UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANNY JOHNSON,                                    Case No. 25-12735

      Plaintiff,                                  F. Kay Behm
v.                                                United States District Judge

EXPERIAN INFORMATION                              Anthony P. Patti
SOLUTIONS, INC., *et al.*                         United States Magistrate Judge

      Defendants.
_____/

## **JUDGMENT**

In accordance with the Opinion and Order issued on June 11, 2026, the case is **DISMISSED** without prejudice as to Defendant Experian Information Solutions.  In accordance with the Opinion and Order issued on May 7, 2026, the case is **DISMISSED** with prejudice as to Defendants Equifax Information Services and Trans Union.

      **SO ORDERED**.

Date: June 11, 2026                    s/F. Kay Behm
                                       F. Kay Behm
                                       United States District Judge

1